**RB PHARMACEUTICALS LIMITED, Appellant**

v.

**BIODELIVERY SCIENCES INTERNATIONAL, INC., Appellee**

**2016-1044**

United States Court of Appeals, Federal Circuit.

August 10, 2016

JEFFREY B. ELIKAN, Covington & Burling LLP, Washington, DC, argued for appellant. Also represented by JEFFREY HOWARD LERNER; DANIEL LADOW, JAMES M. BOLLINGER, MAGNUS ESSUNGER, Troutman Sanders LLP, New York, NY.

LEE CARL BROMBERG, McCarter & English, LLP, Boston, MA, argued for appellee. Also represented by DANIELLE L. HERRITT, ERIK PAUL BELT, KIA LYNN FREEMAN, WYLEY SAYRE PROCTOR.

(Prost, Chief Judge, Chen and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**